# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 10, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162266-7(55)

DENNIS UPPLEGER and KATHY
UPPLEGER,
      Plaintiffs-Appellants,

v

MCLAREN PORT HURON, NALINI
SAMUEL, M.D., individually and
doing business as BLUE WATER
NEUROLOGY CLINIC, P.C.,
DEVPRAKASH SAMUEL, M.D.,
AUBREY JOZEFIAK, R.N., MELISSA
COOK, R.N., MICHELLE FRANCISCO,
R.N., and CATHERINE FOURNIER, R.N.,
      Defendants-Appellees.
_____/

SC: 162266, 16226
COA: 348551; 348928
St. Clair CC: 17-000559-NH

On order of the Chief Justice, the motion of defendants-appellees Nalini Samuel, M.D., individually and doing business as Blue Water Neurology Clinic, P.C., to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before February 26, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 10, 2021



Clerk